

# NUMBER 13-12-00755-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## EX PARTE JUAN MALDONADO

---

### On appeal from the County Court at Law No. 3
### of Nueces County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Longoria
### Memorandum Opinion Per Curiam

On September 11, 2013, the Court abated this appeal and remanded the matter to the trial court for consideration of a motion to dismiss. The State of Texas, by and through its Assistant District Attorney, the Honorable James Odell, has filed a motion to reinstate and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Accordingly, the State's motion to reinstate is GRANTED.

No decision of this Court having been delivered to date, we GRANT the State's motion and dismiss the appeal. Having dismissed the appeal at the State's request, no

motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
10th day of October, 2013.